

**The following constitutes the order of the court.  
Signed August 24, 2017**

_____  
William J. Lafferty, III  
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

In re                            |    No. 17-42006

Richard and Edna Carvin,     |    Chapter 13

               Debtors.     |

### MEMORANDUM RE: MOTION TO SHORTEN TIME

On August 4, 2017, Debtors, by and through their attorney of record Lucas Garcia, filed the above-captioned case. On August 23, 2017, Debtors filed the *First Motion to Shorten Time On Motion to Extend Automatic Stay* (doc. 11) (the "OST Request"). The Court has considered the OST Request and is disinclined to hold a hearing on shortened time due to the following deficiencies:

1. Debtors failed to comply with Bankruptcy Local Rule 9006-1. In particular, Debtors failed to contact interested parties (i.e. creditors, the Office of the United States Trustee, and the Chapter 13 Trustee) prior to filing the OST Request, pursuant to BLR 9006-1(c)(4).

2. Although Debtors did not file the underlying motion to extend the automatic stay (as required by BLR 9006-1), the OST Request appears to indicate that Debtors wish to "extend the automatic stay in a second filing." The Court encourages Debtors to take a

1

closer look at the docket in the current case as it is apparent that this case constitutes the third filing by Debtors.  The case numbers for the three filings are as follows: 16-43218, 17-40067, and 17-42006.  Therefore, Debtors are strongly encouraged to take a closer look at Bankruptcy Code section 362(c) in order to bring a proper motion before the Court with regard to the automatic stay in the current case.

***END OF MEMORANDUM***

**COURT SERVICE LIST**